**Darrold R. THRASHER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 70136.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Darrold R. Thrasher ("defendant"), appeals the judgment of the Circuit Court of Pike County denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Defendant had previously pled guilty to four counts of first degree sexual assault, RSMo § 566.040 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the motion court's findings of fact and conclusions of law are not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we

1. All statutory references are to RSMo 1994.

affirm the trial court pursuant to Rule 84.16(b).